**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES ETIENNE, | ) | |
| | ) | 22 C 919 |
| Plaintiff, | ) | |
| | ) | Judge Gary Feinerman |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| CITY OF CHICAGO and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| R. RODRIQUEZ (#12157), | ) | |
| CHICAGO POLICE OFFICER | ) | |
| LUKASZ MURZANSKI (#9407) | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, submit the following Joint Status Report in accordance with this Court's Order of May 2, 2022 [Dkt. 15]:

**1. Discovery completed**

The parties have exchanged Initial Disclosures and written discovery requests. Plaintiff has responded to Defendants' written discovery, and Defendants' responses to Plaintiff's written discovery requests are due July 29, 2022. Plaintiff has issued a subpoena for relevant medical records responsive to Defendants' written requests and will produce the return upon receipt as appropriate to Defendants' counsel.

**2. Discovery that remains to be taken**

The parties have scheduled or are in the process of scheduling party depositions. Plaintiff's deposition was scheduled for July 28, 2022, but needed to be rescheduled due to schedules of counsel, and will now likely take place in early September. The parties are working to find agreeable dates for the depositions of the individual Defendants. The need for additional depositions at this point remains unclear.

**3. Foreseeable obstacles**

At this time, the parties are working diligently to meet the Court's deadlines in this case. The parties do not foresee obstacles to meeting the Court's deadlines set forth in the scheduling order.

4.  **Settlement conference**

A settlement conference at this point would be premature, but upon completion of further discovery, the parties will promptly advise the Court if they desire the Magistrate Judge's assistance with potential settlement.

5.  **Need for August 4, 2022 Status Hearing**

The parties do not believe a status hearing on August 4, 2022 is necessary.

Dated: July 28, 2022

Respectfully Submitted,

/s/ Daniel E. Massoglia

*One of Plaintiff's Attorneys*

Daniel Massoglia
Nadia Woods
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
P: 708-797-3066
E: daniel@first-defense.org
E: nadia@first-defense.org

BY:     /s/ Danielle Clayton

*One of Defendants' Attorneys*

Jessica Griff, Assistant Corporation Counsel Supervisor
Danielle Clayton, Assistant Corporation Counsel
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312-744-2826 (phone)
Jessica.griff@cityofchicago.org
Danielle.clayton@cityofchicago.org

**CERTIFICATE OF SERVICE**

I, Daniel Massoglia, an attorney, hereby certify that a copy of this document was filed before 11:59pm on July 28, 2022 using the Court's CM/ECF filing system, which generates electronic notice to all parties of record in the case.

Respectfully submitted,

Daniel Massoglia
*One of Plaintiff's Attorneys*

Daniel Massoglia (#6317393)
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
P: 708-797-3066
E: daniel@first-defense.org