# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES ETIENNE, | ) |
|           Plaintiff, | ) 22 C 919 |
| v. | ) Judge Gary Feinerman |
| | ) Magistrate Judge Susan E. Cox |
| CITY OF CHICAGO and | ) |
| CHICAGO POLICE OFFICER | ) |
| R. RODRIQUEZ (#12157), | ) |
| CHICAGO POLICE OFFICER | ) |
| LUKASZ MURZANSKI (#9407) | ) |
|           Defendants. | ) |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, submit the following Joint Status Report in accordance with this Court's Order of October 3, 2022 (Dkt. 25).

1. **Discovery completed**

The parties have exchanged written discovery requests and responses. Plaintiff has tendered documents received from his subpoena responses. Defendants are presently waiting on responses to subpoenas as well as internal requests for documents that may be responsive to Plaintiffs written requests. The parties had previously scheduled party depositions which were delayed by the outstanding document requests as well as the attorneys' schedules.

2. **Discovery that remains to be taken**

Party depositions remain to be taken. The parties have agreed to take party and occurrence witness depositions in January 2023.

3. **Foreseeable obstacles**

At this time, the parties do not foresee obstacles in meeting the January 27, 2023 close of discovery deadline.

4. **Settlement conference**

The parties have discussed the possibility of settlement, but do not request the Magistrate Judge's assistance at this time.

5. **Need for December 6, 2022 Status Hearing**

The parties do not believe a status hearing on December 6, 2022 is necessary at this point.

Dated: November 29, 2022

Respectfully Submitted,

*/s/ Daniel E. Massoglia*

*One of Plaintiff's Attorneys*

Daniel Massoglia
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
P: 708-797-3066
E: daniel@first-defense.org

BY:   */s/ Jessica L. Griff*
*One of Defendants' Attorneys*

Jessica Griff, Assistant Corporation Counsel Supervisor
Danielle Clayton, Assistant Corporation Counsel
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312-744-2826 (phone)
Jessica.griff@cityofchicago.org
Danielle.clayton@cityofchicago.org

**CERTIFICATE OF SERVICE**

    I, Daniel Massoglia, an attorney, hereby certify that a copy of this document was filed on November 29, 2022 using the Court's CM/ECF filing system, which generates electronic notice to all parties of record in the case.

                                          Respectfully submitted,
                                                        */s/Daniel E. Massoglia*