# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| James Etienne,<br><br>Plaintiff,<br><br>v.<br><br>City of Chicago, and Chicago Police Officer R. Rodriquez (#12157), Chicago Police Officer Lukasz Murzanski (#9407),<br><br>Defendants. | Case No. 22-cv-919<br><br>Judge Franklin U. Valderrama<br><br>Mag. Judge. Susan E. Cox |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that Plaintiff wishes to dismiss his action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Defendants do not oppose, and, therefore, that all claims related to this cause should be dismissed with prejudice. Each side shall bear its own costs and attorney's fees.

Dated: January 26, 2023

For the Plaintiff:

/s/Daniel E. Massoglia
*Attorney for Plaintiff*
Daniel Massoglia
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
P: 3365756968
E: daniel@first-defense.org

For Defendants:

/s/ *Jessica L. Griff*

Jessica L. Griff
Chief Assistant Corporation counsel
City of Chicago
2 N. LaSalle St., Suite 420
Chicago, IL 60602
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

       I, Daniel Massoglia, an attorney, hereby certify that I caused a copy of this document to be served on all counsel of record on January 26, 2023 by filing it with the Court's CM/ECF system, which generates electronic notice to parties.

                                  Respectfully submitted,
                                                  Daniel Massoglia
                                                  *Attorney for Plaintiff*